FOR COURT USE ONLY

**FILED & ENTERED**

NOV 04 2009

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
Elizabeth R Sanchez,

Steven Speier

Debtor(s).

Trustee.

CHAPTER:     7

CASE NO.:     6:09-bk-33447-BB

DATE:     November 4, 2009
TIME:     10:00 AM
CTRM:     303
FLOOR:

# ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362
### (MOVANT:   Deutsche Bank National Trust Company, as Trustee )

1.   The Motion was:        ☐ Contested        ☒ Uncontested        ☐ Not Prosecuted

2.   The property (the "Property") to which this Order applies is as follows *(specify common description or street address)*:

660 Silver Spur Way, Norco, CA 92860.

3.   The Motion is denied: ☒ without prejudice        ☐ with prejudice ☒ on the following grounds:
   ☐ Based upon the findings and conclusions made on the record at the hearing
   ☐ Unexcused non-appearance by Movant
   ☐ Lack of proper service
   ☐ Lack of good cause shown for relief from stay
   ☒ The automatic stay is no longer in effect under:     ☐ 11 U.S.C. § 362(c)(2)(A)        ☒ 11 U.S.C. § 362(c)(2)(B)
                                                                                      ☐ 11 U.S.C. § 362(c)(3)(A)        ☐ 11 U.S.C. § 362(c)(4)(A)

   ☒ Other *(specify)*: Motion is moot as the case has already been dismissed.

4. ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.

Dated:   11/04/2009

_____
UNITED STATES BANKRUPTCY JUDGE

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*

**F 4001-10.DENY**